**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

| | |
|---|---|
| **NEW YORK CITY OFFICE**<br>299 BROADWAY<br>SUITE 1700<br>NEW YORK, NY 10007<br>OFFICE: (212) 962-1333<br>FAX: (212) 962-1778 | **WHITE PLAINS OFFICE**<br>170 HAMILTON AVENUE<br>SUITE 300<br>WHITE PLAINS, NY 10601<br>OFFICE: (914) 358-5998<br>FAX: (212) 962-1778 |

February 27, 2026

Honorable Cathy Seibel
United States District Judge
Southern District of New York
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

By: ECF and Email/PDF

      Re:    *United States v. Joel Babulal*, et al., 25 Cr. 310 (CS)
              Letter Motion for Modification of Motion Schedule

Dear Judge Seibel:

      I am appointed to represent defendant Joel Babulal pursuant to CJA. At the last status conference on December 16, 2025, the Court set a motion and trial schedule, with defendants' motion(s) to be submitted by March 2, 2026; Government's opposition by March 23, 2026; and Defendants' sur-replies due by March 30, 2026. The Court's decision on the motion(s) or hearing, if necessary, to be held at a pretrial conference on April 27, 2026 at 9:45 a.m. Trial is scheduled to commence on July 16, 2026.

      The parties have been engaged in substantive plea negotiations culminating in a co-counsel conference today with the Chiefs of the White Plains Division and Case Team to discuss a global resolution of this case. The Government indicated that they will respond to defense counsel's proposed resolution in short order and, if the parties ultimately agree, pretrial motions will be moot.

      I therefore write to the Court to request a short adjournment of one week to the briefing schedule to allow time for the Government's consideration and response, and propose that defendants' motion(s) to be due by March 9, 2026; Government's opposition to be due by March 30, 2026; and defendants' replies to be due by April 6, 2026. All other case scheduling to remain the same as previously ordered.

      The Government has no objection to the foregoing. Thank you, Your Honor, for your consideration of this application.

                                                                                    Very truly yours,

                                                                                Tanner & Ortega, L.L.P.

                                                                                 Howard E. Tanner

cc:    AUSA Reyhan Watson (By ECF and Email/PDF)
       AUSA James McMahon (By ECF and Email/PDF)
       Benjamin Gold, Esq. (By ECF and Email/PDF