UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

                             :

   —*v.*—                        :         **NOTICE OF MOTION**

                             :         7:25-CR-00310 (CS)

JOEL BABULAL,

                             :

                    *Defendant.*
-------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the accompanying memorandum of law,

Declaration, attached exhibits, and all prior proceedings in this case, Defendant Joel Babulal will

move this Court, on a day and time to be determined, for an Order i) precluding the Government

from introducing, at Joel Babulal's trial, the job application submitted by co-defendant Tameka

Babulal to the United States Postal Service on or about July 12, 2021 pursuant to Federal Rules

of Evidence 403 and ii) granting any other relief the Court deems appropriate.

Dated: May 8, 2026
      White Plains, NY

                                  **TANNER & ORTEGA, L.L.P.**

                                  _____

                                  By: Howard E. Tanner, Esq.
                                  170 Hamilton Ave, Suite 315
                                  White Plains, NY 10601
                                  (914) 358-5998
                                  *Attorney(s) for Defendant*