# TANNER & ORTEGA, L.L.P.
## ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
170 HAMILTON AVENUE
SUITE 315
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (212) 962-1778

June 10, 2026

Honorable Cathy Seibel
United States District Judge
Southern District of New York
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

By: ECF and Email/PDF

Re:    *United States v. Joel Babulal*, et al., 25 Cr. 310 (CS)
       Request for Extension to File Response to Victim Notification Motion

Dear Judge Seibel:

The Court issued a Schedule Order directing defense response to the Government's above-referenced motion (ECF Doc No. 69) to be filed by no later than Saturday, June 13, 2026 (ECF Doc No. 72).

I write to the Court to respectfully request a short extension to Thursday, June 18, 2026, due to my being engaged on trial in a New York State Attempted Murder case in *People v. Adonis Henry*, IND-76621-24, in Kings County Supreme Court, Criminal Term, Part 31, before the Honorable Jay L. Weiner. My current efforts on trial will not permit the due diligence necessary to respond in a timely fashion to the Government's motion. The Government opposes this application.

Thank you, Your Honor for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:    AUSA Reyhan Watson (By ECF and Email/PDF)
       AUSA James McMahon (By ECF and Email/PDF)
       Benjamin Gold, Esq. (By ECF and Email/PDF)